AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MINGTAO CHEN ) | Case No. 3:24-mj-71065 MAG |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

FILED
Jul 15 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2024 to February 2024__ in the county of __Alameda and San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1014 | False Statement to Bank - Max. Penalties: Imprisonment: 30 years; Fine: $1,000,000; Supervised Release: 5 years; Special Assessment: $100; Forfeiture; Deportation; Denial of Federal Benefits |
| 18 U.S.C. § 1543 | False Use of Passport - Max. Penalties: Imprisonment: 10 years; Fine: $250,000; Supervised Release: 3 years; Special Assessment: $100; Forfeiture; Deportation; Denial of Federal Benefits |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Taylor Frechette.

☑ Continued on the attached sheet.

/s/ Taylor Frechette
*Complainant's signature*

Special Agent Taylor Frechette, Dept. of State
*Printed name and title*

Approved as to form __Christine Chen__
AUSA  SAUSA Christine Chen

Sworn to before me by telephone.

Date: 07/14/2024

*Judge's signature*

City and state: San Francisco, CA

Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Taylor Frechette, a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service, being duly sworn, depose and state as follows:

### INTRODUCTION

1.  I make this affidavit in support of an application for an arrest warrant and criminal complaint charging MINGTAO CHEN with false use of a passport in violation of 18 U.S.C. § 1543 and making false statements to banks in violation of 18 U.S.C. § 1014, beginning no later than January 2024 and continuing until a date unknown, but at least February 2024, in the Northern District of California.

### SOURCES OF INFORMATION

2.  I have personally been involved in the investigation of this matter. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this affidavit, such information is also described in sum and substance and in relevant part.

3.  Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

**AFFIANT BACKGROUND**

4. I am currently assigned to the San Francisco Field Office in San Francisco, CA, and have been since November of 2022. During my time as a SA, I have participated in investigations of passport fraud, money laundering, conspiracy, theft, wire fraud, identity theft and fraudulent document investigations. I have conducted and participated in physical and electronic surveillances and the execution of search warrants. Through my training, education, and experience, I have become familiar with the manner in which individuals impersonate and assume other identities and/or personas; forge, alter, and misrepresent documents to falsely present themselves; and conceal fruits of their crimes. I have attended and successfully completed the Criminal Investigator Training Program, at the Federal Law Enforcement Training Center, and the Basic Special Agent Course, at the Diplomatic Security Training Center.

**APPLICABLE STATUTES**

5. Pursuant to Title 18, United States Code, Section 1014, it is unlawful to provide a false statement to a bank. The statute states, "Whoever knowingly makes any false statement or report, or willfully overvalues any land, property or security, for the purpose of influencing in any way the action of . . . any institution the accounts of which are insured by the Federal Deposit Insurance Corporation . . . shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

6. Pursuant to Title 18, United States Code, Section 1543, it is unlawful to use or furnish to another a false, forged, counterfeited, altered, or void passport or purported passport. It applies to instruments issued or purportedly issued by foreign governments as well as by the United States. The statute states, "Whoever willfully and knowingly uses, or attempts to use, or furnishes to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, or any passport validly issued which has become void by the occurrence of any condition therein prescribed invalidating the same—Shall be fined under this title, imprisoned not more than . . . 10 years."

## STATEMENT OF PROBABLE CAUSE

7. On May 31, 2023, the Vice President of Global Financial Crimes at Bank of America ("BOA"), North America contacted Diplomatic Security Service Special Agents indicating BOA had identified possible fraudulent activity within multiple BOA accounts. BOA assessed individuals were using suspected fraudulent Chinese passports to open BOA accounts, which then appeared to receive deposits related to online fraud schemes. BOA provided financial records related to these suspected fraudulent accounts, including surveillance photographs of individuals accessing these accounts and Chinese passport scans used to open the BOA accounts.

8. Agents conducted queries of U.S. State Department databases and were unable to locate any records associated with the passport identifiers, such as name, date of birth, and passport numbers, that were used to open the BOA accounts. Based on this information, agents concluded that the Chinese passports in question were likely fraudulent. Agents then queried U.S. State Department databases and conducted a comparison search of the suspected fraudulent passport photos and visa application photos. This revealed positive matches for Chinese nationals who entered the United States on visas —including CHEN—and utilized various identities to open and access BOA accounts.

9. On or about June 16, 2023, the FBI and Diplomatic Security Service initiated a joint organized crime investigation based on information received by BOA. BOA provided financial documentation showing that money moving in and out of these bank accounts was likely obtained through nefarious means such as various computer-based financial scams. The documentation illustrated rapid movement of funds from potential victim bank accounts to the suspected fraudulent accounts. Additionally, within days of the deposit of the funds into the fraudulent accounts, all or nearly all the funds that were deposited into the fraudulent accounts were withdrawn in cash by individuals utilizing suspected fraudulent Chinese passports. Agents were later able to corroborate this evidence through other records, discussions with other federal law enforcement agencies, and interviews of victims of these scams.

10. As illustrated by the specific examples below, CHEN'S role in this scheme was to open bank accounts using false aliases and fraudulent Chinese passports as identification. Unknown individuals then made initial contact with victims and instructed the victims to wire or otherwise send large sums of money to bank accounts under the alias names. Subsequent to the victims' transfers, CHEN and other participants of the scheme accessed the false alias accounts to complete large cash withdrawals, emptying or nearly emptying the accounts on each occasion. Investigation is ongoing to determine what the withdrawn proceeds were used for.

**VICTIMS' FUNDS TAKEN BY CHEN**

*CHEN as "Xiaoqing Liu"*

11. BOA identified to law enforcement an account under the name of "Xiaoqing Liu" as a potentially fraudulent account and provided bank records and surveillance images for this account.

12. Based on a review of the bank records and surveillance provided by BOA, agents determined the true identity of "Xiaoqing Liu" is CHEN. For instance, on or about January 22, 2024, an individual purporting to be "Xiaoqing Liu" presented the following alleged People's Republic of China passport under the name of "Xiaoqing Liu" with a date of birth of March 18, 1995, and passport number EF5070225 at a BOA branch in Pleasanton, CA, to open a bank account:



13. Agents queried State Department databases and determined that no such person has ever crossed a U.S. border with this passport's name, date of birth, or passport number. Moreover, the passport photo of "Xiaoqing Liu" bears a known likeness to CHEN.

14. Bank surveillance imagery depicting the opening of the account under the name of "Xiaoqing Liu" confirms that the individual opening the account bears a known likeness to CHEN:



15. Suspected Victim 1 wired $42,000 into the account of "Xiaoqing Liu" on or about February 16, 2024. On February 20, 2024, the entirety of these wired funds was withdrawn from the account.

### *Chen as "Zhihui Zhang"*

16. BOA identified to law enforcement an account under the name of "Zhihui Zhang" as a potentially fraudulent account and provided bank records and surveillance images for this account. An individual purporting to be "Zhihui Zhang" opened a bank account under this name at a BOA branch in San Jose, CA, on or about January 5, 2024.

17.     Based on a review of the bank records and surveillance provided by BOA, agents determined the true identity of "Zhihui Zhang" is CHEN.  When the account was opened, BOA did not retain a copy of the identity document used to open the account.  However, agents reviewed bank surveillance imagery at the time of the account opening and observed an individual bearing a known likeness to CHEN opening the "Zhihui Zhang" account:



18. Bank surveillance imagery also shows that, on January 17, 2024, an individual bearing the likeness of CHEN withdrew $35,000 from the "Zhihui Zhang" account at a BOA branch in Redwood City, CA:



19. Bank surveillance imagery further shows that, also on January 17, 2024, an individual bearing the likeness of CHEN withdrew $40,000 from the "Zhihui Zhang" account at a different BOA branch in Redwood City, CA:



20. Agents reviewed bank records provided by BOA for the "Zhihui Zhang" account and observed that Victim 2 ("V2") had wired money into this account.

21.     On May 6, 2024, agents conducted a voluntary interview with V2, who lived in Seattle, WA.  V2 was lucid and communicated effectively with agents, but also appeared to suffer from dementia.  V2 told agents that her computer started receiving pop-up screens indicating that she had malware on her computer in November 2023.  The pop-ups displayed a phone number to call.  V2 called the phone number on the pop-up and a female answered.  The female identified herself as "Cynthia" supposedly from Microsoft.  "Cynthia" gave her badge number as 4433 and transferred V2 to a "Justin Clark".  "Justin Clark" claimed that he was a representative of the Department of Treasury and he recommended that V2 open up cryptocurrency accounts in order to keep her financials secure.  V2 told "Justin Clark" that she did not know anything about cryptocurrency, and "Justin Clark" told her that he would help her.  "Justin Clark" explained to V2 how to go to a Bitcoin Depot machine and deposit cash and convert it into cryptocurrency.  Over the following weeks, "Justin Clark" would routinely call V2 and remind her about "securing" her funds.  "Justin Clark" also instructed V2 to download the "AnyDesk" mobile phone application on her phone.

22.     I know from my training and experience that AnyDesk is a software program that, once installed, allows an individual remote access to the digital device.  Criminals often utilize AnyDesk to gain access to victims' computers in order to access sensitive information, including financial accounts and other personal information.

23.     In January 2024, V2 received a phone call from "Edward Scott" and "Jonathan Walker".  "Edward Scott" and "Jonathan Walker" claimed to V2 that they were law enforcement officials and that V2 was subject to an arrest warrant issued out of Texas related to a rental vehicle that was rented by V2 but never returned.  "Edward Scott" and "Jonathan Walker" demanded that V2 wire $98,000 to avoid being arrested on the warrant.  V2 had previously been to Texas, but it was many years prior.  She wired the funds as instructed to the bank account under the name "Zhihui Zhang" in Castro Valley, CA, because of what "Edward Scott" and "Jonathan Walker" had told her.

**URGENCY**

24. As set forth in the affidavit I provided concurrently herewith, law enforcement has received information that JIAWEI YU intends to flee the country imminently. Accordingly, the government seeks an arrest warrant for JIAWEI YU.

25. CHEN is an associate of JIAWEI YU. The two shared a residence at 97 Belhaven Avenue, Daly City, CA, for example. In June 2024, both CHEN and JIAWEI YU were observed by surveillance teams at this residence and observed departing the residence together.

26. In light of the observed relationship between CHEN and JIAWEI YU, law enforcement believes that the contemplated arrest of JIAWEI YU will tip off CHEN, who may then also seek to flee. Accordingly, law enforcement seeks to arrest CHEN around the same time as JIAWEI YU.

**CONCLUSION**

27. Based on the foregoing information, I respectfully submit there is probable cause to believe that MINGTAO CHEN willfully and knowingly made false use of a passport in violation of 18 U.S.C. § 1543 and made a false statement to banks in violation of 18 U.S.C. § 1014. Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for his arrest.

*/s/ Taylor Frechette*
Taylor Frechette, Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 14th day of July 2024. This complaint and warrants are to be filed under seal.

THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge
Northern District of California