# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

MINGTAO CHEN

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1543 – False Use of Passport;
18 U.S.C. § 1014 – False Statement to a Bank;
18 U.S.C. § 982 – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury
_____ Foreman

Filed in open court this __23rd__ day of

__July 2024__ .

Rose Maher, electronic signature
_____ Clerk

Bail, $ __No bail__

Hon. Thomas S. Hixson, Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

**FILED**

Jul 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:24-cr-00415 TLT |
|---|---|
| Plaintiff, | ) <u>VIOLATIONS</u>: |
| v. | ) 18 U.S.C. § 1543 – False Use of Passport;<br>) 18 U.S.C. § 1014 – False Statement to a Bank;<br>) 18 U.S.C. § 982 – Forfeiture Allegation |
| MINGTAO CHEN, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

<u>I N D I C T M E N T</u>

The Grand Jury charges:

<u>COUNT ONE</u>:          (18 U.S.C. § 1543 – False Use of Passport)

On or about January 22, 2024, in the Northern District of California, the defendant,

MINGTAO CHEN,

willfully and knowingly used and attempted to use a false, forged, counterfeited, and altered passport purporting to be a passport from China, in that CHEN presented the said passport bearing the name "Xiaoqing Liu" to open bank accounts with account numbers ending in -9273 and -1643 at Bank of America, in violation of Title 18, United States Code, Section 1543.

//

//

INDICTMENT

COUNT TWO: (18 U.S.C. § 1014 – False Statement to a Bank)

On or about January 17, 2024, in the Northern District of California, the defendant,

MINGTAO CHEN,

knowingly made false statements for the purpose of influencing the actions of Bank of America, an FDIC-insured bank, in connection with his withdrawal of money from the account of "Zhihui Zhang", in that CHEN falsely represented to Bank of America his identity as "Zhihui Zhang" when, in truth and in fact, as CHEN knew, CHEN is not "Zhihui Zhang", in violation of Title 18, United States Code, Section 1014.

FORFEITURE ALLEGATION: (18 U.S.C. § 982)

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982.

Upon conviction of any offense alleged in Count One of this Indictment, the defendant,

MINGTAO CHEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), any conveyance used in the commission of the offense, and any property, real or personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the offense, and any property, real or personal, that is used to facilitate or is intended to be used to facilitate the commission of the offense, and including but not limited to a forfeiture money judgment.

Upon conviction of any offense alleged in Count Two of this Indictment, the defendant,

MINGTAO CHEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of the violation, and including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Sections 982, Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: July 23, 2024                                                          A TRUE BILL.


*/s/ Foreperson*
FOREPERSON
San Francisco, CA

ISMAIL J. RAMSEY
United States Attorney


*/s/ Wendy Garbers*
WENDY GARBERS
Assistant United States Attorney
CHRISTINE CHEN
Special Assistant United States Attorney

INDICTMENT                                              3