Exhibit D



‹ 收件箱

# Hi mingtao, great timing on your booking!

Itinerary # 72876610639265

✈ Tijuana, Baja California Norte (TIJ)
Beijing, CHN (PEK)

🛡 **Price Drop Protection**

Your Hainan Airlines flight has gone up in price. Other travelers are now paying $208 more for the same seat.

Because you're one of our most loyal members, we'll keep an eye on your flight until you depart. If we find a lower price, we'll give you the difference in OneKeyCash™.

You can also check the latest price on the Price Drop Protection Dashboard.

**Check latest price**