# Exhibit E

Case 3:24-cr-00415-TLT  Document 12-2  Filed 07/31/24  Page 1 of 2

