UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 25, 2025    **Time:** 32 minutes    **Judge:** TRINA L. THOMPSON

**Case No.**: 24-cr-00415-TLT-1    **Case Name:** UNITED STATES v. Mingtao Chen

**Attorney for Plaintiff:** Wendy Garbers
**Attorney for Defendant:** Boris Bindman
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Robert McNamee            **Reported by:** Kendra Steppler
**Interpreter:** Amanda Peeters             **Probation Officer:** Ashley Polk for Pepper Friesen

## PROCEEDINGS

Sentencing - Held

## RESULT OF HEARING

The defendant addresses the Court.

Defendant is committed to the Bureau of Prisons for a term of 18 months followed by 3 years of supervised release for Counts 1 and 2 of the Indictment to be served concurrently.

A special assessment fee of $200.00 is imposed. Fine waived.
See Judgment for special conditions.

The money seized in the amount of $9,053.00 in U.S. Currency is forfeited.

The defendant is to pay restitution in the amount of $208,162.80 to the victims as follows:

1. Leslie Boswell $16,320.80
2. Covington Development, Inc. $81.900.00
3. Stephen Lionelli $18,000.00
4. Gary and Bonnie Parker $39,500.00
5. Peacock Specialty Services, Inc. $15,057.00
6. Don Shilling $49,731.00
7. Barbara Younkin $69,554.00