PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7235
    wendy.garbers@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:24-CR-00415-TLT |
| Plaintiff, | **STIPULATION TO AMEND JUDGMENT; [PROPOSED] ORDER** |
| v. | |
| MINGTAO CHEN, | |
| Defendant. | |

Plaintiff UNITED STATES OF AMERICA and Defendant MINGTAO CHEN hereby stipulate as follows:

1. The Court entered judgment in this matter on April 29, 2025.

2. Page six of the judgment contains an error. There is a period, where there should be a comma, in the restitution ordered for Covington Development, Inc. The amount of restitution ordered for that victim should read: $81,900.00.

3. This misplaced period caused the restitution total not to sum properly. The total amount of restitution ordered should be $290,062.80.

4. The parties have consulted with Probation about this issue. Probation has indicated that they need the Court to order an amendment judgment to correct the errors.

STIPULATION TO AMEND JUDGMENT; [PROPOSED] ORDER
Case No. 3:24-CR-00415-TLT

5. The parties agree that the judgment should be amended to correct these errors.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the Defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 19, 2025

/s/
WENDY M. GARBERS
Assistant United States Attorney

DATED: May 19, 2025

/s/
BORIS BINDMAN
Counsel for Defendant MINGTAO CHEN

**[PROPOSED] ORDER**

The Court directs Probation to prepare an Amended Judgment in order to correct the errors identified above.

IT IS SO ORDERED.

DATED:  May 19, 2025

_____
TRINA L. THOMPSON
United States District Judge